No. 04–6045. SCHROEDER *v.* SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 04–6047. NICKLES *v.* O'MALLEY. C. A. 4th Cir. Certiorari denied.

No. 04–6049. TIMMONS *v.* MANATT, PHELPS & PHILLIPS, LLP, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–6054. MASI *v.* MCCRAY, SUPERINTENDENT, GOWANDA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–6055. MANNING *v.* HAMLET, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6063. TUCKER *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–6064. WHEELER *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–6065. VAUGHN *v.* BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–6070. FISHER *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6074. MCGHEE *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 04–6080. MITCHELL *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 04–6082. FERRI *v.* PAPPERT, ATTORNEY GENERAL OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 04–6083. BROWN *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 04–6084. JACKSON *v.* LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.